CALLAHAN *vs.* THE STATE OF GEORGIA.

The case is controlled by the preceding case of *Callahan vs. State*, decided to-day.

Judgment affirmed.

January 26, 1886.

BLANDFORD, Justice.

SWINT, administrator, *vs.* THE CENTRAL RAILROAD *et al.*

The presiding judge being dissatisfied with the verdict, and having granted a first new trial, one among many grounds of the motion being that the verdict was contrary to law and evidence, this court will not control his discretion in so doing; nor will it closely scan any views of the law expressed by the judge in granting the new trial, the presumption being that, on the second hearing, he will correct his own errors, if any.

Judgment affirmed.

January 26, 1886.

JACKSON, Chief Justice

WIXON *vs.* WILLIAMS *et al.*

The plea to an action on two promissory notes being failure of consideration, the evidence being conflicting, the jury having found in favor of the defendant, and the presiding judge having exercised his discretion in refusing to grant a new trial on the ground that the verdict was contrary to law and the evidence, this court will not interfere.

Judgment affirmed.